UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHAWN KEITH YOUNGBLOOD AND RYAN KEITH ROHAN, As Heirs of EVELYN BRADFORD, Deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> CHARLES NICHOLAS BRADFORD, III, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) Case No. 2:22-CV-0386-JTA ) ) ) )          OPPOSED ) ) |

**PLAINTIFFS' MOTION TO AMEND COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs Shawn Keith Youngblood and Ryan Keith Rohan respectfully move the Court for leave to file the attached Amended Complaint for Declaratory Judgment, Preliminary Injunction, Breach of Fiduciary Duty, Conversion and Other Equitable Relief ("Amended Complaint"). Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). "The decision whether to grant

leave to amend is within the sound discretion of the trial court. . . *Nat'l Service Indus., Inc. v. Vafla Corp.,* 694 F.2d 246, 249 (11th Cir. 1982) (citing *Zenith Radio Corp. v. Hazeltine Research, Inc*., 401 U.S. 321, 330, 91 S.Ct. 795, 802, 28 L. Ed. 2d 77 (1971). The court's sole discretion is only limited by the rule's mandate that leave be freely given where justice so requires. See *Graham v. Tasa Group, Inc.,* 2915 U.S. Dist. LEXIS 24623 46 (M.D. Ala. March 2, 2015) (quoting *Laurie v. Alabama Court of Criminal Appeals,* 256 F.3d 1266, 1274 (11th Cir. 2001).

Stated differently, Rule 15 "contemplates that leave shall be granted unless there is a substantial reason to deny it." Halliburton & Assoc., 774 F.2d at 443 (citing *Espey v. Wainwright*, 734 F.2d 748 (11th Cir. 1984). "permission may be denied where leave would cause undue delay or prejudice to the opposing party, where prior amendments have failed to cure deficiencies, or if the motive of the amendment is dilatory. *Id.* When considering the non-exhaustive list of factors, the balance weighs substantially in favor of granting leave to amend.

Plaintiffs move to file the Amended Complaint within the time permitted by the Federal Rules of Civil Procedure. Allowing Plaintiffs to file the Amended Complaint would serve justice and promote judicial efficiency. Further, there would be no substantial or undue prejudice, bad faith, undue delay, or futility. Through the Amended Complaint, Plaintiffs seek to add Shawn Youngblood, administrator ad litem of the Estate of Evelyn Bradford, as an additional plaintiff.

Plaintiffs also seek to amend the complaint to add more allegations of wrongdoing on the part of Defendant, Charles Nicholas Bradford, III. Further, Plaintiffs seek to make new allegations based on conduct and practices uncovered by Plaintiffs and detailed in Defendant's own court filings in Probate courts in Alabama and Texas. For all these reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' leave to file the attached Amended Complaint.

## CONCLUSION

The factors that weigh in favor of permitting leave to file the amendment overwhelmingly support allowance of the amendment. The factors that might normally weigh against this amendment are absent.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs respectfully request that this Court grant Plaintiffs leave to file their First Amended Complaint and any other relief that this Court deems appropriate.

Respectfully submitted this the ___day of February, 2022.

        */s/ William P. Traylor, III*
        William P. Traylor, III
        (ASB-5762-R79W
        Attorney for Plaintiffs

3300 Cahaba Road, Suite 300
Birmingham, AL 35223
(t) 205.414.8164 Direct
(f) 205.414.8199 Facsimile
ttraylor@yearout.net


Gregory E. Tolar
TOLAR & TOLAR
1034 E Main St
Prattville, AL 36066


**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the above and foregoing Motion for leave to Amend has been served via Alafile, USPS regular mail, electronic mail and/or via facsimile on this the ___ day of February, 2022, on all counsel of record as follows:


April D. Wise (ASB-0355-R69W)
Email: awise@balch.com
Louis M. Calligas (ASB-4907-073C)
Email: lcalligas@balch.com
Balch & Bingham, LLP
P.O. Box 78
105 Tallapoosa St., Suite 200
Montgomery, AL  36101
Telephone: 334-834-6500
Facsimile: 334-269-3115



                                      */s/ William P. Traylor, III*
                                      Of Counsel