IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHAWN KEITH YOUNGBLOOD, as heir of Evelyn Bradford, Deceased and as Administrator Ad Litem of the estate of Evelyn Bradford, and RYAN KEITH ROHAN, as heir of Evelyn Bradford, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES NICHOLAS BRADFORD, III, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) CASE NO. 2:22-cv-386-JTA ) (WO) ) ) ) ) |

**FINAL JUDGMENT**

For the reasons stated in the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 2nd day of April, 2024.

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE